UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION


| | | |
|---|---|---|
| ROSEFERIN INVESTMENTS, LLC AND DEBRA ROSE, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) | CASE NO:  1:19-cv-02581-JRS-TAB |
| CLAYTON MORRIS, MORRIS INVEST, LLC, NICOLE MECKLEY, LINZI DEL CONTE, OCEANPOINTE INVESTMENTS LIMITED, OCEANPOINT INVESTMENTS LLC, OCEANPOINTE INVESTMENTS aka OCEANPOINTE INVESTMENTS LTD aka OCEANPOINT INVESTMENTS LIMITED aka OCEANPOINT HOLDINGS, LLC, OCEANPOINTE PROPERTY MANAGEMENT, LLC A/K/A OCEANPOINT PROPERTY MANAGEMENT, LLC, OCEAN POINT PROPERTY MANAGEMENT, LLC AND OCEAN POINTE PROPERTY MANAGEMENT, LLC, OCEANPOINT PROPERTIES LLC, A/K/A OCEANPOINTE PROPERTIES LLC, OCEAN POINT PROPERTIES LLC AND OCEAN POINTE PROPERTIES LLC, OCEANPOINT HOLDINGS, LLC, A/K/A OCEANPOINTE HOLDINGS LLC, OCEAN POINT HOLDINGS, LLC AND OCEAN POINTE HOLDINGS, LLC, BERT WHALEN, NATALIE BASTIN, INDY JAX WEALTH HOLDINGS LLC, INDY JAX PROPERTIES LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## PLAINTIFFS' NOTICE OF SERVICE
## OF SPECIAL DAMAGES AND SETTLEMENT DISCLOSURES

On September 8, 2020, Plaintiffs, Roseferin Investments, LLC and Debra Rose, by counsel,

served their special damages and settlement disclosures pursuant to Rule26(a)(1) of the Federal

Rules of Civil Procedure and this Court's January 29, 2020 Case Management Plan (Dkt. 36), upon

all parties in this matter.

Respectfully submitted,

*/s/ Lisa M. Dillman*
Lisa M. Dillman, #18979-49
**APPLEGATE & DILLMAN
LITIGATION GROUP**
2344 S. Tibbs Ave.
Indianapolis, IN 46241
Office (317)492-9569
Facsimile (800)533-4592
lisa@applegate-dillman.com


Jynell D. Berkshire, #21999-49
**BERKSHIRE LAW, LLC**
1230 E. Vermont Street
Indianapolis, IN 46202
Office (317)434-3000
jynell@berkshirelawllc.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on September 8, 2020, the foregoing has been filed with the Clerk of the Court by using the CM/ECF system.  Notice of this filing has been sent to the following counsel by operation of the Court's electronic filing system and by U.S. First Class Mail for those parties not registered.  Parties may access this filing through the Court's system.

| | |
|---|---|
| David Hensel<br>Molly Harkins<br>Amanda Mulroony<br>HOOVER HULL TURNER LLP<br>111 Monument Circle, Suite 4400<br>Indianapolis, IN 46204<br>dhensel@hooverhullturner.com<br>mharkins@hooverhullturner.com<br>amulroony@hooverhullturner.com | Oceanpointe Investments Limited<br>c/o Bert Whalen, Registered Agent<br>11715 Fox Road, Suite 400-107<br>Indianapolis, IN 46236 |
| Oceanpoint Investments LLC<br>c/o Bert Whalen, Registered Agent<br>11715 Fox Road, Suite 400-107<br>Indianapolis, IN 46236 | Oceanpointe Investments a/k/a Oceanpointe Investments LTD a/k/a Oceanpointe Investments Limited a/k/a Oceanpointe Holdings, LLC<br>c/o Bert Whalen, Registered Agent<br>11715 Fox Road, Suite 400-107<br>Indianapolis, IN 46236 |
| Oceanpointe Property Management, LLC a/k/a Oceanpoint Property Management, LLC, Ocean Point Property Management, LLC and Ocean Pointe Property Management, LLC<br>c/o Registered Agent<br><br>5868 E. 71st Street, Suite E340<br>Indianapolis, IN 46220<br><br>1775 N. Sherman Drive, Suite A<br>Indianapolis, IN 46220<br><br>11715 Fox Road, Suite 400-107<br>Indianapolis, IN 46236 | Oceanpoint Properties LLC a/ka/ Oceanpointe Properties LLC, Ocean Point Properties LLC and Ocean Pointe Properties LLC<br>c/oRegistered Agent<br><br>1775 N. Sherman Drive, Suite A<br>Indianapolis, IN 46220<br><br>11715 Fox Road, Suite 400-107<br>Indianapolis, IN 46236 |
| Oceanpoint Holdings, LLC a/k/a Oceanpointe Holdings, LLC, Ocean Point Holdings, LLC and Ocean Pointe Holdings, LLC<br>c/o  Registered Agent | Indy Jax Wealth Holdings LLC<br>c/o Chris Neuser, Registered Agent<br>11715 Fox Road, Suite 400-107<br>Indianapolis, IN 46236 |

| | |
|---|---|
| 8604 Allisonville Road, Suite 256<br>Indianapolis, IN 46250<br><br>11715 Fox Road, Suite 400-107<br>Indianapolis, IN 46236 | |
| Indy Jax Properties LLC<br>c/o Chris Neuser, Registered Agent<br>11715 Fox Road, Suite 400-107<br>Indianapolis, IN 46236 | Bert Whalen<br>11715 Fox Road, Suite 400-107<br>Indianapolis, IN 46236 |
| Natalie Bastin<br>11715 Fox Road, Suite 400-107<br>Indianapolis, IN 46236 | |

/s/ Lisa M. Dillman
LISA M. DILLMAN

**APPLEGATE & DILLMAN
LITIGATION GROUP**
2344 S. Tibbs Ave.
Indianapolis, IN 46241
Office (317)492-9569
Facsimile (800)533-4592
lisa@applegate-dillman.com


Jynell D. Berkshire
**BERKSHIRE LAW, LLC**
1230 E. Vermont Street
Indianapolis, IN 46202
Office (317)434-3000
jynell@berkshirelawllc.com